IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BENDIX COMMERCIAL VEHICLE SYSTEMS LLC, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) HALDEX BRAKE PRODUCTS ) CORPORATION, ) ) Defendant. ) | CASE NO. 1:09 CV 176<br><br>JUDGE DONALD C. NUGENT<br><br>MEMORANDUM OPINION AND ORDER |

As agreed by the parties at the close of the jury trial on September 28, 2010, each party may submit a brief outlining their position on the remaining legal issues no later than October 15, 2010. Any replies or oppositions to the original briefs shall be submitted to the Court on or before October 22, 2010.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: September 29, 2010